**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| QCX LLC d/b/a Polymarket US,<br>*Plaintiff*,<br>v.<br>CATHERINE L. HANAWAY, in her official capacity as Attorney General of the State of Missouri; JAN M. ZIMMERMAN, in her official capacity as Chairman of the Missouri Gaming Commission; KEVIN M. SPAULDING, in his official capacity as Commissioner of the Missouri Gaming Commission; KEVIN CANTWELL, in his official capacity as Commissioner of the Missouri Gaming Commission; SAM GLADNEY, in his official capacity as Commissioner of the Missouri Gaming Commission; and ROGER STOTTLEMYRE, in his official capacity as Commissioner of the Missouri Gaming Commission,<br>*Defendants*. | Hon. Sarah E. Pitlyk<br>Case No.: 4:26-CV-01930-SEP |

**PLAINTIFF QCX LLC'S MOTION FOR A PRELIMINARY INJUNCTION**

Plaintiff QCX LLC, d/b/a Polymarket US, moves the Court for a preliminary injunction pursuant to Rule 65 of the Federal Rules of Civil Procedure and seeks expedited handling of this motion because of ongoing irreparable harm to Plaintiff.

This motion is based on the accompanying Memorandum of Law, the declarations and exhibits submitted in support, and any other written or legal argument that may be presented to the Court.

Plaintiff respectfully requests that this Court enter an order granting its preliminary injunction motion and awarding such other relief that the Court deems appropriate.

November 19, 2026

Respectfully submitted,

By: /s/ *Edward L. Dowd, Jr.*

DOWD BENNETT LLP
Edward L. Dowd, Jr. #28785MO
Adam Simon #68396MO
7676 Forsyth Boulevard
St. Louis, MO 63105
Telephone: 314.889.7340
edowd@dowdbennett.com
asimon@dowdbennett.com

GIBSON, DUNN & CRUTCHER LLP

Orin Snyder*
Matt Benjamin*
Rachel Jackson*
Amanda LeSavage*
200 Park Avenue
New York, NY 10166
Telephone: 212.351.4000
osnyder@gibsondunn.com
mbenjamin@gibsondunn.com
rjackson@gibsondunn.com
alesavage@gibsondunn.com

Thomas H. Dupree, Jr.*
Jacob T. Spencer*
Adam I. Steene*
1700 M Street, N.W.
Washington, D.C. 20036
Telephone: 202.955.8500
tdupree@gibsondunn.com
jspencer@gibsondunn.com
asteene@gibsondunn.com

*Attorneys for Plaintiff QCX LLC d/b/a Polymarket US*

**Admitted pro hac vice*